856 A.2d 27

IN THE MATTER OF RICHARD B. BECKER, AN ATTORNEY
AT LAW (ATTORNEY NO. 016521992).

September 9, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–04–067, concluding that **RICHARD B. BECKER**

of **WOODBRIDGE,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD B. BECKER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.